UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
2025 JUL -9 P 1:16
CLERK___

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ASHLEY BROWN<br>    a/k/a "HONEY HONEY,"<br>    a/k/a "CLYDE CLYDE,"<br>    a/k/a "BONNIE BONNIE,"<br><br>ADRIAN SIMMS<br>    a/k/a "ABE,"<br><br>NAVARUS BRYANT<br>    a/k/a "TEZ,"<br><br>ERIC REYES,<br><br>LARRY ANDREWS,<br><br>DEMARCUS BELL,<br><br>QUINTON DAVIS, and<br><br>JOSHUA WHIGAN. | INDICTMENT NO.<br><br>21 U.S.C. § 846<br>Conspiracy to Possess With Intent to Distribute and to Distribute Controlled Substances<br>(Methamphetamine, Marijuana, K2)<br><br>18 U.S.C. § 201(b)(2)<br>Public Official Accepting a Bribe<br><br>18 U.S.C. § 201(b)(1)<br>Paying a Bribe to a Public Official<br><br>18 U.S.C. § 1956(a)(1)(A)(i)<br>Laundering of Monetary Instruments<br><br>18 U.S.C. § 1956(a)(1)(B)(i)<br>Laundering of Monetary Instruments<br><br>18 U.S.C. § 1791(a)(2)<br>Attempting to Possess Contraband in Prison<br><br>18 U.S.C. § 2<br>Aiding and Abetting |

CR225-014

THE GRAND JURY CHARGES THAT:

## COUNT ONE
*Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances*
21 U.S.C. § 846

Beginning on a date at least as early as May 22, 2022, up to and including September 20, 2022, the precise dates being unknown, in Wayne County, within the Southern District of Georgia, and elsewhere, the Defendants,

**ASHLEY BROWN**
a/k/a "HONEY HONEY,"
a/k/a "CLYDE CLYDE,"
a/k/a "BONNIE BONNIE,"

**ADRIAN SIMMS**
a/k/a "ABE,"

and

**NAVARUS BRYANT**
a/k/a "TEZ,"

with some joining the conspiracy earlier and others joining later, did knowingly and intentionally combine, conspire, confederate and agree together and with each other, and with others known and unknown, to possess with intent to distribute and to distribute a mixture or substance containing a detectable amount of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, a mixture or substance containing a detectable amount of K2, a Schedule I controlled substance, and a mixture or substance containing a detectable amount of marihuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

## COUNTS TWO THROUGH TWENTY-FIVE
*Public Official Accepting a Bribe*
18 U.S.C. § 201(b)(2)

On or about the dates listed below, in Wayne County, within the Southern District of Georgia, the Defendant,

**ASHLEY BROWN**
a/k/a "HONEY HONEY,"
a/k/a "CLYDE CLYDE,"
a/k/a "BONNIE BONNIE,"

a public official, directly and indirectly did corruptly demand, seek, receive, accept, and agree to receive and accept something of value personally being induced to do an act and omit to do an act in violation of her official duty; that is receiving United States currency by way of the money transfer service "Cash App," utilizing multiple accounts, and willfully failing to properly secure Federal Correctional Institute – Jesup by allowing contraband into the facility and by willfully failing to properly inspect commissary deliveries to ensure that no contraband was being smuggled into Federal Correctional Institute – Jesup.

| COUNT | DATE | AMOUNT | RECIPIENT CASHAPP ACCOUNT NAME |
|---|---|---|---|
| 2 | 5/21/2022 | $1,000.00 | Bonnie Bonnie |
| 3 | 5/21/2022 | $700.00 | Bonnie Bonnie |
| 4 | 5/21/2022 | $1,000.00 | Bonnie Bonnie |
| 5 | 5/22/2022 | $300.00 | Bonnie Bonnie |
| 6 | 6/3/2022 | $1,000.00 | Clyde Clyde |
| 7 | 6/3/2022 | $1,000.00 | Bonnie Bonnie |
| 8 | 6/3/2022 | $1,000.00 | Bonnie Bonnie |
| 9 | 6/3/2022 | $1,000.00 | Bonnie Bonnie |
| 10 | 6/13/2022 | $2,000.00 | Bonnie Bonnie |
| 11 | 6/14/2022 | $500.00 | Bonnie Bonnie |
| 12 | 6/14/2022 | $1,500.00 | Bonnie Bonnie |
| 13 | 7/5/2022 | $1,000.00 | Bonnie Bonnie |
| 14 | 7/9/2022 | $1,995.00 | Bonnie Bonnie |

| 15 | 7/20/2022 | $1,000.00 | Bonnie Bonnie |
| 16 | 7/22/2022 | $2,000.00 | Bonnie Bonnie |
| 17 | 7/22/2022 | $1,500.00 | Bonnie Bonnie |
| 18 | 7/27/2022 | $500.00 | Bonnie Bonnie |
| 19 | 7/27/2022 | $2,000.00 | Bonnie Bonnie |
| 20 | 7/29/2022 | $500.00 | Bonnie Bonnie |
| 21 | 7/29/2022 | $500.00 | Bonnie Bonnie |
| 22 | 8/18/2022 | $2,000.00 | Bonnie Bonnie |
| 23 | 8/18/2022 | $2,000.00 | Bonnie Bonnie |
| 24 | 9/15/2022 | $1,500.00 | Bonnie Bonnie |
| 25 | 9/22/2022 | $1,500.00 | Honey Honey |

All in violation of Title 18, United States Code, Section 201(b)(2).

## COUNTS TWENTY-SIX THROUGH FORTY-NINE
*Paying a Bribe to a Public Official*
18 U.S.C. § 201(b)(1)

On or about the dates listed below, in Wayne County, within the Southern District of Georgia, the Defendant,

### NAVARUS BRYANT
### a/k/a "TEZ,"

aided and abetted by others, known and unknown, did, directly and indirectly, corruptly give, offer, and promise a thing of value to a public official to induce a public official to do an act and omit to do an act in violation of her official duty, that is sending United States currency by way of the money transfer service "Cash App," utilizing multiple accounts, to induce Ashley Brown to willfully fail to properly secure Federal Correctional Institute – Jesup by allowing contraband into the facility and to willfully fail to properly inspect commissary deliveries to ensure that no contraband was being smuggled into Federal Correctional Institute – Jesup.

| COUNT | DATE | AMOUNT | SENDER CASHAPP ACCOUNT NAME |
|---|---|---|---|
| 26 | 5/21/2022 | $1,000.00 | Carletta Reynolds |
| 27 | 5/21/2022 | $700.00 | Paper Chaser |
| 28 | 5/21/2022 | $1,000.00 | Erica Smith |
| 29 | 5/22/2022 | $300.00 | Paper Chaser |
| 30 | 6/3/2022 | $1,000.00 | Elisha Flowers |
| 31 | 6/3/2022 | $1,000.00 | Carletta Reynolds |
| 32 | 6/3/2022 | $1,000.00 | Erica Smith |
| 33 | 6/3/2022 | $1,000.00 | Paper Chaser |
| 34 | 6/13/2022 | $2,000.00 | Kelaura Reynolds |
| 35 | 6/14/2022 | $500.00 | Christine Marie |
| 36 | 6/14/2022 | $1,500.00 | Monica Felder |
| 37 | 7/5/2022 | $1,000.00 | Paper Chaser |
| 38 | 7/9/2022 | $1,995.00 | Ternisha Blackmon |
| 39 | 7/20/2022 | $1,000.00 | Erica Smith |
| 40 | 7/22/2022 | $2,000.00 | Kelaura Reynolds |

| 41 | 7/22/2022 | $1,500.00 | Christine Bryant |
| 42 | 7/27/2022 | $500.00 | Steven Cummings |
| 43 | 7/27/2022 | $2,000.00 | ced rhem |
| 44 | 7/29/2022 | $500.00 | Erica Smith |
| 45 | 7/29/2022 | $500.00 | Erica Smith |
| 46 | 8/18/2022 | $2,000.00 | Kelaura Reynolds |
| 47 | 8/18/2022 | $2,000.00 | Christine Bryant |
| 48 | 9/15/2022 | $1,500.00 | Christine Bryant |
| 49 | 9/22/2022 | $1,500.00 | Andre Woods |

All in violation of Title 18, United States Code, Sections 201(b)(1) and 2.

## COUNTS FIFTY THROUGH SEVENTY-THREE
*Laundering of Monetary Instruments*
18 U.S.C. § 1956(a)(1)(A)(i)

On or about the dates listed below, in Wayne County, within the Southern District of Georgia, the Defendant,

### NAVARUS BRYANT
### a/k/a "TEZ,"

aided and abetted by others, known and unknown, knowing that the property involved in financial transactions represented the proceeds of some form of unlawful activity, to wit: Conspiracy to Possess With Intent to Distribute and to Distribute Controlled Substances, did, conduct and attempt to conduct financial transactions which in fact involved the proceeds of specified unlawful activity with the intent to promote the carrying on of specified unlawful activity, to wit: Conspiracy to Possess With Intent to Distribute and to Distribute Controlled Substances, by sending United States currency by way of the money transfer service "Cash App," utilizing multiple accounts, to induce Ashley Brown to willfully fail to properly secure Federal Correctional Institute – Jesup by allowing contraband into the facility and to willfully fail to properly inspect commissary deliveries to ensure that no contraband was being smuggled into Federal Correctional Institute – Jesup in furtherance of drug and contraband trafficking.

| COUNT | DATE | AMOUNT | SENDER CASHAPP ACCOUNT NAME |
|---|---|---|---|
| 50 | 5/21/2022 | $1,000.00 | Carletta Reynolds |
| 51 | 5/21/2022 | $700.00 | Paper Chaser |
| 52 | 5/21/2022 | $1,000.00 | Erica Smith |
| 53 | 5/22/2022 | $300.00 | Paper Chaser |
| 54 | 6/3/2022 | $1,000.00 | Elisha Flowers |

| 55 | 6/3/2022 | $1,000.00 | Carletta Reynolds |
|---|---|---|---|
| 56 | 6/3/2022 | $1,000.00 | Erica Smith |
| 57 | 6/3/2022 | $1,000.00 | Paper Chaser |
| 58 | 6/13/2022 | $2,000.00 | Kelaura Reynolds |
| 59 | 6/14/2022 | $500.00 | Christine Marie |
| 60 | 6/14/2022 | $1,500.00 | Monica Felder |
| 61 | 7/5/2022 | $1,000.00 | Paper Chaser |
| 62 | 7/9/2022 | $1,995.00 | Ternisha Blackmon |
| 63 | 7/20/2022 | $1,000.00 | Erica Smith |
| 64 | 7/22/2022 | $2,000.00 | Kelaura Reynolds |
| 65 | 7/22/2022 | $1,500.00 | Christine Bryant |
| 66 | 7/27/2022 | $500.00 | Steven Cummings |
| 67 | 7/27/2022 | $2,000.00 | ced rhem |
| 68 | 7/29/2022 | $500.00 | Erica Smith |
| 69 | 7/29/2022 | $500.00 | Erica Smith |
| 70 | 8/18/2022 | $2,000.00 | Kelaura Reynolds |
| 71 | 8/18/2022 | $2,000.00 | Christine Bryant |
| 72 | 9/15/2022 | $1,500.00 | Christine Bryant |
| 73 | 9/22/2022 | $1,500.00 | Andre Woods |

All in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2.

## COUNTS SEVENTY-FOUR THROUGH EIGHTY-NINE
*Laundering of Monetary Instruments*
18 U.S.C. § 1956(a)(1)(B)(i)

On or about the dates listed below, in Wayne County, within the Southern District of Georgia, the Defendant,

**ASHLEY BROWN**
a/k/a "HONEY HONEY,"
a/k/a "CLYDE CLYDE,"
a/k/a "BONNIE BONNIE,"

knowing that the property involved in financial transactions represented the proceeds of some form of unlawful activity, to wit: Public Official Accepting a Bribe, did, conduct and attempt to conduct financial transactions which in fact involved the proceeds of a specified unlawful activity knowing that the transaction is designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership and the controlled of the proceeds of specified unlawful activity, to wit: Public Official Accepting a Bribe, by transferring United States currency by way of the money transfer service "Cash App," from one Cash App account, controlled by the Defendant, into which the bribe had previously been deposited, to another Cash App account, controlled by Defendant, which had not interacted with the Cash App accounts tendering the bribes.

| COUNT | DATE | AMOUNT | SENDER CASHAPP ACCOUNT NAME | RECIPIENT CASHAPP ACCOUNT NAME |
|---|---|---|---|---|
| 74 | 5/22/2022 | $350.00 | Clyde Clyde | Ashley Brown |
| 75 | 5/22/2022 | $500.00 | Bonnie Bonnie | Ashley Brown |
| 76 | 5/22/2022 | $1,500.00 | Bonnie Bonnie | Ashley Brown |
| 77 | 5/22/2022 | $2,700.00 | Bonnie Bonnie | Ashley Brown |
| 78 | 5/25/2022 | $1,000.00 | Bonnie Bonnie | Ashley Brown |
| 79 | 5/30/2022 | $1,000.00 | Bonnie Bonnie | Ashley Brown |
| 80 | 6/1/2022 | $1,000.00 | Bonnie Bonnie | Ashley Brown |

| 81 | 6/3/2022 | $1,000.00 | Clyde Clyde | Ashley Brown |
| 82 | 6/8/2022 | $100.00 | Bonnie Bonnie | Ashley Brown |
| 83 | 6/9/2022 | $373.00 | Bonnie Bonnie | Ashley Brown |
| 84 | 6/23/2022 | $1,000.00 | Bonnie Bonnie | Ashley Brown |
| 85 | 6/27/2022 | $2,000.00 | Bonnie Bonnie | Ashley Brown |
| 86 | 6/29/2022 | $1,000.00 | Bonnie Bonnie | Ashley Brown |
| 87 | 7/2/2022 | $1,000.00 | Bonnie Bonnie | Ashley Brown |
| 88 | 7/20/2022 | $1,000.00 | Bonnie Bonnie | Ashley Brown |
| 89 | 9/20/2022 | $3,450.00 | Honey Honey | Ashley Brown |

All in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

## COUNTS NINETY THROUGH NINETY-SIX
*Attempting to Possess Contraband in Prison*
18 U.S.C. § 1791(a)(2)

On or about the dates listed below, in Wayne County, within the Southern District of Georgia, the Defendants,

**ERIC REYES,
LARRY ANDREWS,
DEMARCUS BELL,
QUINTON DAVIS, and
JOSHUA WHIGAN,**

being inmates of a prison, to wit: Federal Correctional Institute - Jesup, aided and abetted by Navarus Bryant a/k/a "Tez" and others known and known, did obtain and attempt to obtain a prohibited object as noted in the table below.

| COUNT | DATE | PROHIBITED OBJECT(S) | TYPE OF OBJECT | DEFENDANT |
|---|---|---|---|---|
| 90 | 7/9/2022 | Cell Phone | Phone | Eric Reyes |
| 91 | 7/9/2022 | Cell Phone | Phone | Joshua Whigan |
| 92 | 7/22/2022 | Postage Stamps | Object That Threatens Security of Prison | Quinton Davis |
| 93 | 7/27/2022 | K2 and Marijuana | Marijuana and Schedule I Controlled Substance Other Than Marijuana | Demarcus Bell |
| 94 | 8/9/2022 | Cigarettes and Cell Phone | Object That Threatens Security of Prison and Phone | Larry Andrews |
| 95 | 8/10/2022 | Cigarettes and Cell Phone | Object That Threatens Security of Prison and Phone | Larry Andrews |

| 96 | 8/10/2022 | Cigarettes and Cell Phone | Object That Threatens Security of Prison and Phone | Larry Andrews |

All in violation of Title 18, United States Code, Sections 1791(a)(2) and 2.

A True Bill.

_____
Foreperson

Bradley R. Thompson
Assistant United States Attorney
*Lead Counsel

_____
Tara M. Lyons
Acting United States Attorney

_____
Tania D. Groover
Assistant United States Attorney
Chief, Criminal Division

_____
Ryan E. Bondura
Assistant United States Attorney
*Co-lead Counsel